IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROY BRISCOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3 07-cv-1084 |
| ) | |
| SUMITOMO CORPORATION OF AMERICA ) | Jury Demand |
| and TBC PRIVATE BRANDS, INC., ) | |
| ) | Judge Wiseman |
| Defendants. ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon the statement of the parties in this action that matters in controversy between Plaintiff and Defendants have been resolved and that said case may be dismissed with prejudice, pending the parties finalizing settlement agreement.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be, and is hereby dismissed with prejudice.

SO ORDERED this **8th** day of **FEBRUARY** 2008.

_____
United States District Court Judge

APPROVED:

By: /s/ Charles P. Yezbak III
   Charles P. Yezbak, III, Esq.
   2002 Richard Jones Road, Suite B-200
   Nashville, Tennessee 37215
   yezbak@yezbaklaw.com
   Telephone: (615) 250-2000
   Telefax:    (615) 250-2020

Attorney for Plaintiff Roy Briscoe